# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.                      Case No. 4:13CR00041-001 KGB

**TRAVEON SKINNER**                                           **DEFENDANT**

## ORDER

Due to inclement weather, this matter is removed from this Court's calendar for Thursday, January 9, 2014, and will be reset by amended notice.

SO ORDERED this 9th day of January, 2014.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge